IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO.: 1:19-CV-3809-TNM |

**JOINT STATUS REPORT**

The parties, through undersigned counsel, respectfully submit this joint status report pursuant to the Court's order dated February 4, 2020:

The relevant U.S. Department of Justice ("DOJ") components—namely, DOJ's Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI")—issued final responses to Plaintiff's FOIA requests on February 7, 2020, and February 10, 2020 respectively. Both components issued Glomar responses, that is, both OIP and the FBI refused to confirm or deny the existence or non-existence of records responsive to Plaintiff's FOIA requests.

The same day that Plaintiff filed its complaint in the above-captioned matter, it filed a separate complaint with respect to related FOIA requests submitted to the Central Intelligence Agency ("CIA"). *See Judicial Watch, Inc. v. CIA*, No. 19-cv-3807 (filed Dec. 23, 2019). That case is now pending before Judge Kelly. On February 7, 2020, the CIA issued a Glomar response with respect to the FOIA requests at issue in Case No. 19-cv-3807. A joint status report is due in Case No. 19-cv-3807 on March 3, 2020.

Within the next two weeks, the Government plans to file a motion to consolidate Case No. 19-cv-3809 with Case No. 19-cv-3807. Pursuant to Local Civil Rule 40.5(d), the Government will file its motion in Case No. 19-cv-3807, pending before Judge Kelly, because that is the earlier-numbered case. Plaintiff's counsel has informed the Government that Plaintiff does not consent to consolidation.

In the event that the Government's anticipated motion for consolidation is denied, the parties respectfully propose the following schedule for summary judgment briefing in the above-captioned case:

Defendant's Motion for Summary Judgment: April 28, 2020

Plaintiff's Opposition & Cross-Motion: May 28, 2020

Defendant's Reply & Opposition to Cross-Motion: June 29, 2020

Plaintiff's Reply: July 20, 2020

Dated: February 28, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth Tulis
　　　　　　　　　　　　　　　　　　　　ELIZABETH TULIS
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　　1100 L St. NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Tel: (202) 514-9237
　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　E-mail: elizabeth.tulis@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

        <u>*/s/ Michael Bekesha*</u>
        Michael Bekesha
        D.C. Bar No. 995749
        JUDICIAL WATCH, INC.
        425 Third Street SW, Suite 800
        Washington, DC 20024
        Phone: (202) 646-5172

        *Counsel for Plaintiff*